IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:25cr361-MHT-KFP |
| | ) [18 U.S.C. § 1349, |
| | ) 18 U.S.C. § 1708] |
| KEITH RASHARD THOMAS | ) |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

COUNT 1
(Conspiracy to Commit Mail and Bank Fraud)

1.   From on or about May 4, 2023, through on or about June 25, 2024, in Montgomery County, Alabama, within the Middle District of Alabama, and elsewhere, the defendant,

KEITH RASHARD THOMAS,

and others, knowingly and willfully conspired, confederated, and agreed with each other to commit the following offenses: mail fraud and bank fraud, in violation of Title 18, United States Code, Sections 1341 and 1344. The conspiracy is described as follows:

2.   They devised and intended to devise a scheme and artifice to defraud another by means of false and fraudulent pretenses and for obtaining money by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so, took and embezzled any matter or thing contained in the United States mail, in violation of Title 18, United States Code, Section 1341.

3.   They knowingly executed and attempted to execute a scheme or artifice to defraud a financial institution, in violation of Title 18, United States Code, Section 1344.

MANNER AND MEANS

4. This scheme begins with the theft of checks placed in the United States mail. The stolen checks would be fraudulently deposited into different accounts. Members of the conspiracy would attempt to obtain the fraudulent funds before the victims discovered the theft.

5. It was part of the conspiracy that KEITH RASHARD THOMAS was in possession of checks stolen from the possession of the United States Postal Service and other individuals' debit cards on or about June 25, 2024.

6. It was part of the conspiracy that KEITH RASHARD THOMAS was in possession of images of numerous checks and debit or credit cards on June 25, 2024.

7. It was part of the conspiracy that KEITH RASHARD THOMAS was in possession of images of several identifying documents on June 25, 2024.

8. It was part of the conspiracy that KEITH RASHARD THOMAS communicated with co-conspirators regarding bank fraud including by electronic device.

All in violation of Title 18, United States Code, Section 1349.

COUNTS 2-20
(Possession of Stolen Mail)

On or about June 25, 2024, in Montgomery County, within the Middle District of Alabama, the defendant,

KEITH RASHARD THOMAS,

unlawfully possessed mail matter as listed below,

| Count | Mail Matter | Account Holder | Bank |
| --- | --- | --- | --- |
| 2 | Check #5886 | City of Montgomery | Trustmark |
| 3 | Check #5887 | City of Montgomery | Trustmark |
| 4 | Check #5888 | City of Montgomery | Trustmark |
| 5 | Check #5889 | City of Montgomery | Trustmark |
| 6 | Check #5890 | City of Montgomery | Trustmark |

| 7 | Check #5891 | City of Montgomery | Trustmark |
| 8 | Check #1083 | Alabama Law Enforcement Agency | Trustmark |
| 9 | Check #105231 | CSS, Inc. | Synovus |
| 10 | Check #5190 | CHF and NJF | ASE Credit Union |
| 11 | Check #5191 | CHF and NJF | ASE Credit Union |
| 12 | Check #5192 | CHF and NJF | ASE Credit Union |
| 13 | Check #5195 | CHF and NJF | ASE Credit Union |
| 14 | Check #5197 | CHF and NJF | ASE Credit Union |
| 15 | Check #5198 | CHF and NJF | ASE Credit Union |
| 16 | Check #757 | JER | Truist |
| 17 | Check #3012 | SL and VLL | Wells Fargo |
| 18 | Check #3743 | VLL | Max Credit Union |
| 19 | Check #9081 | MBC and AMC | Max Credit Union |
| 20 | Check #9082 | MBC and AMC | Max Credit Union |

which had been stolen, taken, embezzled and abstracted from a mail receptacle which was an authorized depository for mail matter, knowing the said mail matter to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter. All in violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

_____
Foreperson

_____
KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

_____
J. Patrick Lamb
Assistant United States Attorney